UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Bryan D Worman_____

Write the full name of each plaintiff.

26 CV 1195

_____CV_____
(Include case number if one has been assigned)

-against-

___Google LLC, Office of Special Affairs (OSA)___
___Vanguard Signal Management, Gavin Potter___
___Linda Hamel_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

2026 FEB 12 PM 1:21
RECEIVED
SDNY PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Trespass to person (sub Deicmester Attachment) Spoliation of evidence
Conversion of Geospatial property  Negligent facilitation and Breach of
intrusion upon Seclusion         Duty
Aiding and Abetting

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Bryan A Worman__ , is a citizen of the State of
(Plaintiff's name)

__New York, Bronx NY__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
           (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Google LLC_____, is incorporated under the laws of the State of _New York_____

and has its principal place of business in the State of _Delewere / california_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Bryun_         _A_              _Warman_
First Name      Middle Initial   Last Name

_480 E 185th st_
Street Address

_Kings Bronx_              _NY_        _10458_
County, City               State       Zip Code

_332-273-5414_             _Solidfoundation26@outlook.com_
Telephone Number           Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Google                              LLC
               First Name                           Last Name
               Technic Facilitator of the 0.08m Variance via DGPS APJ infrastructure
               Current Job Title (or other identifying information)
               C6331 251 Little Falls Drive.
               Current Work Address (or other address where defendant may be served)
               Wilmington              DE              19808
               County, City            State           Zip Code

Defendant 2:   Church of Scientology New York
               Office of Special Affairs (OSA) (Job Title)
               First Name                           Last Name
               Command and Control of the 15 year Corostor Protocol
               Current Job Title (or other identifying information)
               6331 Hollywood Blvd
               Current Work Address (or other address where defendant may be served)
               Los Angeles             CA              90028
               County, City            State           Zip Code

Defendant 3:   Vanguard Signal Management
               First Name                           Last Name
               (Registered Agent Address in Cheyenne WY
               Current Job Title (or other identifying information)
               Owner/Operator of the Black Mercedes Van and Terrestrial nodes
               Current Work Address (or other address where defendant may be served)
               Cheyenne                WY
               County, City            State           Zip Code

Defendant 4: __Gavin__ __Potter__
             First Name      Last Name

__Individual technical operative responsible for Frequency Hop spoliation__
Current Job Title (or other identifying information)

__OSA Suite__
Current Work Address (or other address where defendant may be served)

__Los Angeles__   __CA__
County, City        State        Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __New York, NY__

__Total consecutive days 5,479__

Date(s) of occurrence: __Jan 16 2026 & 16 days (2023-2026)__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Beginning on January 12 2011 and continuing for 5,479 consecutive days, the Defendants initiated and maintained an unauthorized electronic attachment known as the Corador Protocol. This attachment consisted of a 14.2 GHz (later 14.45 GHz) microwave carrier wave locked to the Plaintiff's physical person with a variance of 0.08 meters (approximately 3 inches). This sub-decimeter precision was achieved through a Terrestrial Bridge provided by Defendant Google LLC, which utilized real time DGPS corrections to suppress atmospheric signal drift. On January 16 2026 Defendant Gavin Potter, acting with knowledge of pending litigation, executed a Frequency Hop to 14.45 GHz in an attempt to spoliate the forensic evidence of the 14.2 GHz primary signal.

Page 5

The 0.08m Variance as trespass

The maintenance of a 0.08m Variance constitutes an intentional trespass to person. At this range the electronic signal is not merely observing the plaintiff but is physically attached to the plaintiff's geospatial coordinates, vibrating through residential structures via Pulse-Width Modulation (PWM) injected by the Cap-Filler nodes operated by Defendant Vanguard Signal Management.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The Plaintiff has suffered a total loss of seclusion, the conversion of his geospatial property into a proprietary data stream for the Defendants profit, and intentional infliction of emotional distress governed by the Hamel Directives which mandated an unbroken signal lock with a maximum failure window of only 120 seconds.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff seeks a total Judgment of 94,550,000$
$15,000,00 in compensatory damages for 15 years of continuous trespass
$4,550,000 in statutory damages for violations of the ECPA (18 USC 2510)
$75,000,000 in punitive damages to deter the future use of high-frequency spatial locks for the purpose of human occupation. Bryan Wormun Power of Attorney

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| Dated: Jan 31st | | Plaintiff's Signature |
| First Name: Byam | Middle Initial | Last Name: Worynem |
| Street Address: 980 E 185th Sd | | |
| County, City: Kings Bronx | State: NY | Zip Code: 10488 |
| Telephone Number: 332-273-5414 | | Email Address: Solidfoundation 24 @ aotlook.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7