UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CASES FILED BY PRO SE PLAINTIFFS

24MC127

THIS MATTER RELATES TO: Duty of Self-Represented Parties to Keep Address Information Current

STANDING ORDER  M10-468

       To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs.  Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information.

       Parties may [consent to electronic service](#) to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for [permission to file documents electronically](#). Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the court's website, nysd.uscourts.gov/forms.

       The procedures that follow apply only to cases filed by *pro se* plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiff's last known address and will also be viewable on the court's electronic

docket.

A notice directing the parties' attention to this order shall be docketed (and mailed to any self-represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records.

SO ORDERED. Dated:

March 18, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge