UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN A. WARMAN,

                Plaintiff,

         -against-

GOOGLE LLC, ET AL.,

                Defendants.

26-CV-1195 (UA)

ORDER GRANTING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:    April 7, 2026
           New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
           Chief United States District Judge