UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN A WARMAN,

                  Plaintiff,

       -against-

GOOGLE LLC; OFFICE OF SPECIAL
AFFAIRS (OSA); VANGUARD SIGNAL
MANAGEMENT; GAVIN POTTER; LINDA
HAMEL,

                 Defendants.

26-cv-1195 (LLS)

CIVIL JUDGMENT

      For the reasons stated in the April 8, 2026, order, the complaint is DISMISSED as frivolous.

SO ORDERED.

  Dated:    April 10, 2026
           New York, New York

                         /s/ Louis L. Stanton
                           LOUIS L. STANTON
                      United States District Judge